UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEON T. LEE ELBEY | CIVIL ACTION |
| VERSUS | |
| JOHN BEL EDWARDS | NO.: 19-00739-BAJ-RLB |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 7)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses *pro se* Plaintiff Deon T. Lee Elbey's Complaint (Doc. 1) against Defendant under 42 U.S.C. §1983, alleging that his constitutional rights are being violated by state law purportedly classifying him as African American. The Magistrate Judge recommended that the Court decline the exercise of supplemental jurisdiction over any potential state law claims, and that this proceeding be dismissed, with prejudice, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

1

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 7)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 19th day of February, 2020.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA